IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, ) | No. C 13-2509 LHK (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| v. ) | |
| SANTA CLARA COUNTY H.O.J., ) | |
| Respondent. ) | |

On June 4, 2013, petitioner, a pretrial detainee proceeding *pro se*, filed a federal writ of habeas corpus. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. To date, petitioner has not paid the filing fee or file a completed application to proceed IFP. Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 8/22/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\HC.13\Bennett509disifp.wpd