IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BENNETT, | ) | No. C 13-2509 LHK (PR) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SANTA CLARA COUNTY H.O.J., | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/22/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Bennett509jud.wpd